# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of November, two thousand and twenty-three,

_____

| | |
|---|---|
| Eddie Grant, Jr., Jennifer Hamilton, Michael Stiefel, Connecticut Citizens Defense League, Inc., Second Amendment Foundation, Inc., | **ORDER** <br> Docket Number: 23-1344 |
| Plaintiffs - Appellants, | |
| v. | |
| Edward Lamont, Jr., in his official capacity, James Rovella, in his official capacity, Patrick Griffin, in his official capacity, Margaret E. Kelly, in her official capacity, David R. Applegate, in his official capacity, Joseph T. Corradino, in his official capacity, Sharmese L. Walcott, in her official capacity, David R. Shannon, in his official capacity, Michael A. Gailor, in his official capacity, Christian Watson, in his official capacity, John P.. Doyle, in his official capacity, Paul J. Narducci, in his official capacity, Paul J. Ferencek, in his official capacity, Matthew C. Gedansky, in his official capacity, Maureen Platt, in her official capacity, Anne F. Mahoney, in her official capacity, | |
| Defendants - Appellees. | |

_____

A notice of appeal was filed on September 27, 2023. The Appellant's Acknowledgment and Notice of Appearance Form due October 13, 2023 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective December 06, 2023 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court