# ATKINSON LAW, LLC

**122 Litchfield Rd., Ste. 2**
**P.O. Box 340**
**Harwinton, CT 06791**
**Telephone 203-677-0782**

**Cameron L. Atkinson, Esq. (catkinson@atkinsonlawfirm.com)**

December 18, 2023

Catherine O'Hagan Wolfe
Clerk – U.S. Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

VIA CM/ECF

**RE:** *Grant v. Lamont*, **No. 23-1344**

Greetings Mrs. O'Hagan Wolfe,

Per Local Rule 31.2, I write to request forty-five (45) days for the filing of the Plaintiffs-Appellants' brief, which would render it due on February 1, 2024.

As the Plaintiffs-Appellants' appellate counsel primarily responsible for briefing this case, I make this request in view of the upcoming holiday season and my January commitments, which I anticipate will include preparing a reply brief to the United States Supreme Court, part of a joint brief to the United States Court of Appeals for the Tenth Circuit, and jury selection and trial pursuant to a speedy trial motion.

Thank you and I wish you and your colleagues a Merry Christmas and a Happy New Year.

Regards,

/s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq.

CC via ECF: All counsel of record.