**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

| | | |
|---|---|---|
| Grant, et. al., | : | CASE NO. 23-1344 |
| *Appellant,* | : | |
| | : | |
| v. | : | |
| | : | |
| Lamont, et al., | : | APRIL 26, 2024 |
| *Appellees.* | : | |

**DEFENDANTS-APPELLEES' MOTION FOR PERMISSION TO
FILE SUPPLEMENTAL APPENDIX**

Pursuant to Rule 27 of the Rules of Appellate Procedure and Local Rule 30.1(g), the Defendants-Appellees move for permission to file a supplemental appendix.

**I.　GROUNDS**

Defendants-Appellees seek permission to file a supplemental appendix due to a printing error in the Joint Appendix. Specifically, in pages JA-1351 through JA-1401, multiple pages are missing from three exhibits included in the appendix. For the sake of clarity and completeness, Defendants-Appellees seek to submit a supplemental appendix containing complete copies of these exhibits, which they cite and rely upon in their brief.

Plaintiffs-Appellants consent to this motion.

1

## II. RELIEF SOUGHT

Wherefore, Defendants-Appellees respectfully request the Court grant this motion and permit them to file a supplemental appendix accompanying their brief.

>DEFENDANTS-APPELLEES
>LAMONT, et al.
>
>WILLIAM TONG
>ATTORNEY GENERAL
>
>BY: s/ *Janelle R. Medeiros*
>Janelle R. Medeiros
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT 06105
>Federal Bar #ct30514
>E-Mail: janelle.medeiros@ct.gov
>Tel.: (860) 808-5450
>Fax: (860) 808-5590

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 117 words, as determined by Microsoft Word for Microsoft 365, including the headings and footnotes and excluding the parts of the brief exempted by Fed. R. App. P. 32(f). The brief also complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because the text appears in 14-point Century Schoolbook, a proportionally spaced serif typeface.

                         /s/ *Janelle R. Medeiros*
                           Janelle R. Medeiros
                           Assistant Attorney General

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1344      Grant v. Lamont

**Motion for:** Permission to file supplemental appendix

Set forth below precise, complete statement of relief sought:

Permission to file supplemental appendix.

**MOVING PARTY:** Defendants-Appellees     **OPPOSING PARTY:** Plaintiffs-Appellants

[ ] Plaintiff    [X] Defendant
[ ] Appellant/Petitioner    [X] Appellee/Respondent

**MOVING ATTORNEY:** Janelle R. Medeiros     **OPPOSING ATTORNEY:** Cameron L. Atkinson

[name of attorney, with firm, address, phone number and e-mail]

Connecticut Office of the Attorney General     Atkinson Law, LLC
165 Capitol Avenue     122 Litchfield Road
Hartford, CT 06106     Suite 2, P.O. Box 340
    Harwinton, CT 06791

**Court- Judge/ Agency appealed from:** Arterton, J, Connecticut District Court

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes [ ] No (explain):

Opposing counsel's position on motion:
[X] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [X] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [X] No If yes, enter date:

**Signature of Moving Attorney:**

AAG Janelle R. Medeiros   **Date:** April 26, 2024   **Service:** [X] Electronic [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Grant, et al.

v.

Lamont, et al.

**CERTIFICATE OF SERVICE***

Docket Number: 23-1344

I, Janelle R. Medeiros, hereby certify under penalty of perjury that on April 26, 2024, I served a copy of Motion for permission to file supplemental appendix

(list all documents)

by (select all applicable)**

___ Personal Delivery    _X_ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    _X_ E-Mail (on consent)

on the following parties:

Cameron Atkinson, Atkinson Law, LLC, 122 Litchfield Rd, Harwinton, CT 06791

Doug Dubitsky, Doug Dubitsky, Esq. P.O. Box 70, North Windham, CT 06256

Craig C. Fishbein, Fishbein Law Firm, LLC, 100 South Main St., Wallingford, CT 06492

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 26, 2024
Today's Date

/s/ AAG Janelle R. Medeiros
Signature

Certificate of Service Form (Last Revised 12/2015)