# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-four.

---

Eddie Grant, Jr., Jennifer Hamilton, Michael Stiefel, Connecticut Citizens Defense League, Inc., Second Amendment Foundation, Inc.,

    *Plaintiffs-Appellants*,

v.

James Rovella, in his official capacity, John P. Doyle, in his official capacity, Sharmese L. Walcott, in her official capacity, Paul J. Narducci, in his official capacity,

    *Defendants-Appellees.*

---

**ORDER**

Docket No. 23-1344

    Appellees move for leave to file a supplemental appendix. The motion is on consent.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court