# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty-four.

---

Eddie Grant, Jr., Jennifer Hamilton, Michael Stiefel, Connecticut Citizens Defense League, Inc., Second Amendment Foundation, Inc.,

    *Plaintiffs-Appellants*,

v.

James Rovella, in his official capacity, John P. Doyle, in his official capacity, Sharmese L. Walcott, in her official capacity, Paul J. Narducci, in his official capacity,

    *Defendants-Appellees*,

Edward Lamont, Jr., in his official capacity, Patrick Griffin, in his official capacity, Margaret E. Kelly, in her official capacity, David R. Applegate, in his official capacity, Joseph T. Corradino, in his official capacity, David R. Shannon, in his official capacity, Michael A. Gailor, in his official capacity, Christian Watson, in his official capacity, Paul J. Ferencek, in his official capacity, Matthew C. Gedansky, in his official capacity, Maureen Platt, in her official capacity, Anne F. Mahoney, in her official capacity,

    *Defendants*.

**ORDER**
Docket No. 23-1344

---

In light of the Supreme Court's decision in *United States v. Rahimi*, 144 S. Ct. 1889 (2024),

it is hereby **ORDERED** that, by no later than Friday, August 23, 2024, each party shall submit to this Court a letter brief, not to exceed eight pages single-spaced, addressing the effect, if any, that the *Rahimi* decision has on this appeal.

        FOR THE COURT:

        Catherine O'Hagan Wolfe,
        Clerk of Court