# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty-four,

| | |
|---|---|
| Eddie Grant, Jr., Jennifer Hamilton, Michael Stiefel, Connecticut Citizens Defense League, Inc., Second Amendment Foundation, Inc., | **ORDER** <br> Docket No. 23-1344 |

      Plaintiffs-Appellants,

v.

James Rovella, in his official capacity, John P. Doyle, in his official capacity, Sharmese L. Walcott, in her official capacity, Paul J. Narducci, in his official capacity,

      Defendants-Appellees,

Edward Lamont, Jr., in his official capacity, Patrick Griffin, in his official capacity, Margaret E. Kelly, in her official capacity, David R. Applegate, in his official capacity, Joseph T. Corradino, in his official capacity, David R. Shannon, in his official capacity, Michael A. Gailor, in his official capacity, Christian Watson, in his official capacity, Paul J. Ferencek, in his official capacity, Matthew C. Gedansky, in his official capacity, Maureen Platt, in her official capacity, Anne F. Mahoney, in her official capacity,

      Defendants.

IT IS HEREBY ORDERED that the oral argument in the above entitled appeal, set for Thursday, September 12, 2024, is ADJOURNED.

Oral argument will be rescheduled at a later date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

