| **ATKINSON LAW, LLC** | **DOUG DUBITSKY, ESQ.** | **FISHBEIN LAW FIRM, LLC** |
| --- | --- | --- |
| **122 LITCHFIELD RD., STE. 2** | **ATTORNEY AT LAW** | **100 SOUTH MAIN STREET** |
| **P.O. BOX 340** | **P.O. BOX 70** | **P.O. BOX 363** |
| **HARWINTON, CT 06791** | **NORTH WINDHAM, CT 06256** | **WALLINGFORD, CT 06492** |
| **203-677-0782** | **860-808-8601** | **203-265-2895** |

June 5, 2025

Catherine O'Hagan Wolfe
Clerk – U.S. Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE:** *Grant v. Lamont*, No. 23-1344 – Fed. App. R. 28(j) Letter Regarding *Smith & Wesson Brands, Inc, et al. v. Estados Unidos Mexicanos*, No. 23-1141 (U.S. S.Ct. June 5, 2025).

Dear Ms. Wolfe,

Plaintiffs-Appellants respectfully submit this letter pursuant to Fed. App. R. 28(j) to bring the Court's attention to *Smith & Wesson Brands, Inc, et al. v. Estados Unidos Mexicanos*, No. 23-1141 (U.S. S.Ct. June 5, 2025) (slip opinion) (hereinafter, "*S & W*").

*S & W* considered an attempt by the Mexican government to sue firearms manufacturers for unlawful sales that routed guns to Mexican drug cartels. *S & W*, No. 23-1141 at *1. The Supreme Court unanimously held that Mexico's claims did not survive a motion to dismiss because of the Protection of Lawful Commerce in Arms Act (PLCAA).

The Supreme Court declared the following about "military-style assault weapons" among which Mexico "includes AR-15 rifles, AK-47 rifles, and .50 caliber sniper rifles…:" "But those products are both widely legal and bought by many ordinary consumers. (The AR-15 is the most popular rifle in the country. See T. Gross, How the AR-15 Became the Bestselling Rifle in the U.S., NPR (Apr. 20, 2023.)" *S & W*, No. 23-1141 at *13-14.

In our matter, the Appellants argue that *Caetano v. Massachusetts*, 577 U.S. 411 (2016) confirms a "dangerous *and* unusual" weapons test and that AR-15 rifles and other so-called "assault weapons" are in common use by ordinary, law-abiding citizens. ECF 44, pp. 31-47. Meanwhile, the Appellees argue that "assault weapons" are "unusually dangerous weapons of war" that are not used for self-defense, and that numerosity does not matter. ECF 76, pp. 22-47.

*Caetano* does make clear that numerosity and use by law-abiding citizens matters, and *S & W* now stands as a clear recognition from the Supreme Court that the weapons that Connecticut has banned (AR-15 rifles and the like) are the most popular rifles in America and are bought by many ordinary consumers for law-abiding purposes, not by unhinged criminals. That is dispositive here, and the Court should reverse the district court and speedily grant the Appellants the preliminary injunction that the Second Amendment requires in this case.

1

Respectfully submitted,

   //s//   *Doug Dubitsky*
Doug Dubitsky, Esq.
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808.8601
Facsimile: 866.477.1120
Email: doug@lawyer.com

   //s//  *Craig C. Fishbein*
Craig C. Fishbein, Esq.
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

   //s//  *Cameron L. Atkinson*
Cameron L. Atkinson, Esq.
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Facsimile: 203.672.6551
Email: catkinson@atkinsonlawfirm.com

*Attorneys for the Plaintiffs*

Word count: 329
CC via ECF:   All counsel of record.