# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 12, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

     Re:  Eddie Grant, Jr., et al.
          v. Ronnell Higgins, in His Official Capacity as Commissioner of the Connecticut Department of Emergency Services and Public Transportation, et al.
          No. 25-566
          (Your No. 23-1344)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 7, 2025 and placed on the docket November 12, 2025 as No. 25-566.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst